UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH RADCLIFFE, an individual, CRACKERJACK CLASSICS, LLC, a Limited Liability Company.<br><br>       Plaintiff,<br>       v.<br><br>WILLIAM WRIGHT, an individual, KEYSTONE FINANCIAL MANAGEMENT, INC, a Corporation and CGROWTH CAPITAL, INC, a Corporation.<br><br>       Defendants. | Civil Action No.<br>16 CV 9511 (___) |

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff certifies that CRACKERJACK CLASSICS, LLC is not a publicly traded company and that it has no other corporate parents, affiliates, and/or subsidiaries that are publicly held.

Dated:  Brooklyn, New York
        December 9, 2016

**PAMPALONE LAW**

By:  s/Michael Pampalone/
     Michael Pampalone (MP-1474)
     15 Dunham Place
     Suite 10E
     Brooklyn, New York  11249
     Telephone:  (718) 388-0912
     Email:  michael@pamplaw.com

Attorney for Plaintiff