John P. Hess, P.A.
712 US 1, Suite 301-24
North Palm Beach, FL 33408
Email: jhess@johnphess.com
Ph: (305) 310-0904

August 17, 2017

**VIA ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

        Re:    Radcliffe v. Wright
                1:16-cv-9511-GHW
                Letter Response to Defendant's Motion For Pre-Motion
                Conference and For Sanctions Pursuant to Rule 11.

Dear Judge Woods:

      Pursuant to the Court's Individual Practices, Plaintiffs take this opportunity to briefly respond to the content of Defendant's Letters filed August 14th, 2017 in advance of tomorrow's conference.

      In said Letters, Defendants, who were required by Court Order [DE 37] to Answer Plaintiff's Amended Complaint or file a Motion to Dismiss the Amended Complaint by no later than August 14th, simply rehash legal and procedural arguments previously made by Defendants and already rebutted by Plaintiffs in prior conferences and filings with the Court.

      Defendants continue to refuse to repay the monies that were clearly divested from Plaintiffs under false pretense and as a result of Defendants' conspiracy and fraudulent acts. Defendants' current and unconvincing arguments fail to address this essential fact and are intended to do nothing more than to vilify Plaintiffs in the eyes of the Court.

      Defendants' tactic to seek to include Defendants' known associates and co-conspirators, Mr. Stevens and Social Life Network, in the present litigation as an impetus to settlement has failed as Mr. Stevens and Social Life Network have spent the entirety of the Summer purposely avoiding service of process and ignoring calls and emails from undersigned. Plaintiffs allow the Court to draw its own inferences regarding the conduct of Mr. Stevens and Social Life Network and Defendants' association with these additional Defendants.

Plaintiffs respectfully request that the Court thwart Defendants' efforts to further delay the present litigation and ask that discovery be allowed to proceed as soon as practical. Plaintiffs further submit that Defendants' request to proceed with a motion for sanctions at this stage is nothing more than a meritless intimidation tactic, which should be viewed for what is—an act of desperation driven by the false hope that Defendants' will be able to avoid being held accountable for their unlawful acts by obstructing the progression of the present litigation at every turn.

Plaintiffs' claims as stated in the Amended Complaint are viable and appropriately litigated in the Southern District of New York and the Defendants must be held accountable for their unlawful acts as detailed therein. Accordingly, the undersigned looks forward to participating in the phone conference with the Court scheduled to take place at 1:00 PM on August 18th, 2017 and remains hopeful that this conference will further a resolution of the present litigation.

Respectfully,

s/John P. Hess, Esq.

cc:  Daniel Steinberg, Esq.,
     Michael Pampalone, Esq. (via ECF)

Case 1:16-cv-09511-GHW   Document 49   Filed 08/17/17   Page 3 of 3